IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                                  Case No. 09-cv-272

JASON D. HAYDEN,

        Defendant.

---

ENTRY OF DEFAULT

---

Plaintiff requests that the Clerk of Court enter default against defendant Jason D. Hayden, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant Jason D. Hayden is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 23d day of July, 2009.

                                                            *Peter Oppeneer*

                                                   Peter Oppeneer, Clerk of Court